**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANTONYA WREN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No.: 3:23-cv-3638 |
| | ) |
| ESTEL FOODS, INC., | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismisses all claims in this action without prejudice. Each party to bear their own costs and attorneys' fees.

                                                                                 Respectfully submitted,

                                                                                 By: */s/ C. Jason Brown*
                                                                                 Charles Jason Brown MO #49952
                                                                                 Jayson A. Watkins MO #61434
                                                                                 Brown & Watkins LLC
                                                                                 301 S. US 169 Hwy
                                                                                 Gower Missouri 64454
                                                                                 Tel: 816-424-1390
                                                                                 Fax: 816-424-1337
                                                                                 brown@brownandwatkins.com
                                                                                 watkins@brownandwatkins.com
                                                                                 ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing was sent on November 13, 2023, via ECF to all Counsel of Record.

                                                                                  /s/ *C. Jason Brown*
                                                                                  Attorney for Plaintiff