**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ANTONYA WREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 3:23-CV-3638-MAB** |
| | ) | |
| **ESTEL FOODS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiff's notice of voluntary dismissal (Doc. 9) and the Court's Order entered on November 21, 2023 (Doc. 10), this cause of action is voluntarily **DISMISSED without prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), each party to bear their own costs.

DATED: November 21, 2023

> **MONICA A. STUMP,**
> **Clerk of Court**
>
> BY: /s/ Jennifer Jones
>     **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
          **MARK A. BEATTY**
          **United States Magistrate Judge**